| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for QUICKEN LOANS, LLC FORMERLY<br>KNOWN AS (FKA) QUICKEN LOANS INC. | **Order Filed on October 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   KERRY A MEEKINS<br><br>   Debtor | Case No.: 20-15287 - MBK<br><br>Hearing Date: 10/14/2020 @ 09:00 AM<br><br>Judge: MICHAEL B. KAPLAN<br><br>Chapter: 13 |

Recommended Local Form:  ☐ Followed  ☒ Modified

**ORDER VACATING STAY AND CO-DEBTOR STAY**

___    The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 15, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC., under 11 USC §362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

29 WESTWIND WAY, WESTAMPTON, NJ 08060

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtors, JUDITH C. REILLY, DECEASED, HER HEIRS, DEVISEES, AND PERSONAL REPRESENTATIVES, AND HIS/HER, THEIR OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST, and KRISTIN REILLY, DECEASED, HER HEIRS, DEVISEES, AND PERSONAL REPRESENTATIVES, AND HIS/HER, THEIR OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST, SHANNON GOODFELLOW, SHANNON GOODFELLOW, AS GUARDIAN OF RASHAWN C.D MITCHELL, A MINOR, CAMRYN J. M MITCHELL, A MINOR, AND AMAYHA B.M MITCHELL, A MINOR, CHARLES K.

MITCHELL, AS GUARDIAN OF RASHAWN C.D MITCHELL, A MINOR, CAMRYN J. M MITCHELL, A MINOR, AND AMAYHA B.M MITCHELL, A MINOR, KERRY A MEEKINS A/K/A KERRY MEEKINS, AS GUARDIAN OF JADA DAVOY, to permit QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. to pursue its rights in the real property described above and as to the co-debtors, JUDITH C. REILLY, DECEASED, HER HEIRS, DEVISEES, AND PERSONAL REPRESENTATIVES, AND HIS/HER, THEIR OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST, and KRISTIN REILLY, DECEASED, HER HEIRS, DEVISEES, AND PERSONAL REPRESENTATIVES, AND HIS/HER, THEIR OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST, SHANNON GOODFELLOW, SHANNON GOODFELLOW, AS GUARDIAN OF RASHAWN C.D MITCHELL, A MINOR, CAMRYN J. M MITCHELL, A MINOR, AND AMAYHA B.M MITCHELL, A MINOR, CHARLES K. MITCHELL, AS GUARDIAN OF RASHAWN C.D MITCHELL, A MINOR, CAMRYN J. M MITCHELL, A MINOR, AND AMAYHA B.M MITCHELL, A MINOR, KERRY A MEEKINS A/K/A KERRY MEEKINS, AS GUARDIAN OF JADA DAVOY.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*