| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for QUICKEN LOANS, LLC FORMERLY<br>KNOWN AS (FKA) QUICKEN LOANS INC. | Order Filed on October 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   KERRY A MEEKINS<br><br>   Debtor | Case No.: 20-15287 - MBK<br><br>Hearing Date: 10/14/2020 @ 09:00 AM<br><br>Judge: MICHAEL B. KAPLAN<br><br>Chapter: 13 |

Recommended Local Form: ☐ Followed ☒ Modified

### ORDER VACATING STAY AND CO-DEBTOR STAY

\_\_\_    The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 15, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC., under 11 USC §362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

29 WESTWIND WAY, WESTAMPTON, NJ 08060

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtors, JUDITH C. REILLY, DECEASED, HER HEIRS, DEVISEES, AND PERSONAL REPRESENTATIVES, AND HIS/HER, THEIR OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST, and KRISTIN REILLY, DECEASED, HER HEIRS, DEVISEES, AND PERSONAL REPRESENTATIVES, AND HIS/HER, THEIR OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST, SHANNON GOODFELLOW, SHANNON GOODFELLOW, AS GUARDIAN OF RASHAWN C.D MITCHELL, A MINOR, CAMRYN J. M MITCHELL, A MINOR, AND AMAYHA B.M MITCHELL, A MINOR, CHARLES K.

MITCHELL, AS GUARDIAN OF RASHAWN C.D MITCHELL, A MINOR, CAMRYN J. M MITCHELL, A MINOR, AND AMAYHA B.M MITCHELL, A MINOR, KERRY A MEEKINS A/K/A KERRY MEEKINS, AS GUARDIAN OF JADA DAVOY, to permit QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. to pursue its rights in the real property described above and as to the co-debtors, JUDITH C. REILLY, DECEASED, HER HEIRS, DEVISEES, AND PERSONAL REPRESENTATIVES, AND HIS/HER, THEIR OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST, and KRISTIN REILLY, DECEASED, HER HEIRS, DEVISEES, AND PERSONAL REPRESENTATIVES, AND HIS/HER, THEIR OR ANY OF THEIR SUCCESSORS IN RIGHT, TITLE AND INTEREST, SHANNON GOODFELLOW, SHANNON GOODFELLOW, AS GUARDIAN OF RASHAWN C.D MITCHELL, A MINOR, CAMRYN J. M MITCHELL, A MINOR, AND AMAYHA B.M MITCHELL, A MINOR, CHARLES K. MITCHELL, AS GUARDIAN OF RASHAWN C.D MITCHELL, A MINOR, CAMRYN J. M MITCHELL, A MINOR, AND AMAYHA B.M MITCHELL, A MINOR, KERRY A MEEKINS A/K/A KERRY MEEKINS, AS GUARDIAN OF JADA DAVOY.

    It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

    The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court

District of New Jersey

In re:  
Kerry A Meekins  
    Debtor(s)

Case No. 20-15287-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Oct 16, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kerry A Meekins, 67 North Hill Drive, Westampton, NJ 08060-5719 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society  ajennings@rasflaw.com |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society  FSB ajennings@rasflaw.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com |
| Robert Davidow | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 16, 2020 | Form ID: pdf903 | Total Noticed: 1 |

    on behalf of Creditor QUICKEN LOANS  LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. nj.bkecf@fedphe.com

Robert Davidow

    on behalf of Creditor QUICKEN LOANS  LLC nj.bkecf@fedphe.com

Sherri Jennifer Smith

    on behalf of Creditor QUICKEN LOANS  LLC FORMERLY KNOWN AS (FKA) QUICKEN LOANS INC. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

Thomas G. Egner

    on behalf of Debtor Kerry A Meekins tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10