| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 20-15287 / MBK**

Kerry A Meekins

Petition Filed Date: 04/03/2020
341 Hearing Date: 05/07/2020
Confirmation Date: 08/18/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/12/2020 | $615.00 | 67811420 | 06/05/2020 | $615.00 | 68455110 | 06/05/2020 | $150.00 | 68478720 |
| 07/09/2020 | $763.17 | 69291930 | 08/11/2020 | $763.17 | 70049630 | 10/05/2020 | $763.00 | 71409500 |
| 10/21/2020 | $763.00 | 71727090 | 11/16/2020 | $763.00 | 72236630 | 12/04/2020 | $763.00 | 72842440 |
| 01/07/2021 | $763.00 | 73626520 | 02/08/2021 | $763.00 | 74405890 | | | |

**Total Receipts for the Period:  $7,484.34    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $7,484.34**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kerry A Meekins | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | THOMAS G. EGNER<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 1 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP OF AMERICA HOLDINGS | Unsecured Creditors | $31.27 | $0.00 | $31.27 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,158.53 | $0.00 | $1,158.53 |
| 3 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $551.23 | $0.00 | $551.23 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»»  2019 MAZDA CX-5 | Debt Secured by Vehicle | $439.80 | $0.00 | $439.80 |
| 5 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  P/67 NORTH HILL DR/1ST MTG | Mortgage Arrears | $33,008.25 | $968.63 | $32,039.62 |
| 6 | QUICKEN LOANS INC<br>»»  NP/29 WESTWIND WAY/1ST MTG/ORDER 8/27/2020/SV 10/15/20 | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PC RICHARD | Unsecured Creditors | $814.15 | $0.00 | $814.15 |

**Chapter 13 Case No. 20-15287 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,484.34 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $5,468.63 | Current Monthly Payment: | $763.00 |
| Paid to Trustee: | $569.88 | Arrearages: | ($1.83) |
| Funds on Hand: | $1,445.83 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**