| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 20-15287 / MBK**

Kerry A Meekins

Petition Filed Date: 04/03/2020
341 Hearing Date: 05/07/2020
Confirmation Date: 08/18/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2021 | $763.00 | 73626520 | 02/08/2021 | $763.00 | 74405890 | 03/11/2021 | $763.00 | 75164290 |
| 05/04/2021 | $763.00 | 76498350 | 06/08/2021 | $763.00 | 77286140 | 06/11/2021 | $763.00 | 77369610 |
| 07/13/2021 | $763.00 | 78072390 | 08/05/2021 | $763.00 | 78605920 | 09/07/2021 | $763.00 | 79326700 |
| 10/05/2021 | $774.00 | 79966700 | 11/15/2021 | $774.00 | 80780790 | 12/07/2021 | $774.00 | 81316130 |
| 01/11/2022 | $774.00 | 82028970 | | | | | | |

**Total Receipts for the Period:  $9,963.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,921.34**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kerry A Meekins | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | THOMAS G. EGNER<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,500.00 | $4,500.00 | $0.00 |
| 1 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP | Unsecured Creditors | $31.27 | $0.00 | $31.27 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,158.53 | $0.00 | $1,158.53 |
| 3 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $551.23 | $0.00 | $551.23 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»»  2019 MAZDA CX-5 | Debt Secured by Vehicle | $439.80 | $112.15 | $327.65 |
| 5 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  P/67 NORTH HILL DR/1ST MTG | Mortgage Arrears | $33,008.25 | $8,416.95 | $24,591.30 |
| 6 | QUICKEN LOANS INC<br>»»  NP/29 WESTWIND WAY/1ST MTG/SV 10/15/20 | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PC RICHARD | Unsecured Creditors | $814.15 | $0.00 | $814.15 |
| 8 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  67 NORTH HILL DRIVE/ATTY FEES 8/24/21 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 0 | THOMAS G. EGNER<br>»»  ORDER 9/16/21 | Attorney Fees | $430.00 | $430.00 | $0.00 |

**Chapter 13 Case No. 20-15287 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,921.34 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $13,997.10 | Current Monthly Payment: | $774.00 |
| Paid to Trustee: | $1,215.26 | Arrearages: | $774.00 |
| Funds on Hand: | $708.98 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

