Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−15287−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kerry A Meekins
   67 North Hill Drive
   Westampton, NJ 08060

Social Security No.:
   xxx−xx−0548

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/10/22 at 10:00 AM

to consider and act upon the following:

*49* – Creditor's Certification of Default (related document:42 Order (Generic)) filed by Aleisha Candace Jennings on behalf of Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust. Objection deadline is 08/3/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) (Jennings, Aleisha)


Dated: 7/28/22

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court