Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  20−15287−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kerry A Meekins
   67 North Hill Drive
   Westampton, NJ 08060

Social Security No.:
   xxx−xx−0548

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/8/23 at 09:00 AM

to consider and act upon the following:

*58* − Creditor's Certification of Default (related document:53 Order (Generic)) filed by Kimberly A. Wilson on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust. Objection deadline is 02/10/2023. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Wilson, Kimberly)

Dated: 2/3/23

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court