Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−15287−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kerry A Meekins
   67 North Hill Drive
   Westampton, NJ 08060

Social Security No.:
   xxx−xx−0548

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/11/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 12, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 20-15287-MBK

Kerry A Meekins                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                               User: admin                                                Page 1 of 3
Date Rcvd: Oct 12, 2023                     Form ID: 148                                          Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kerry A Meekins, 67 North Hill Drive, Westampton, NJ 08060-5719 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | QUICKEN LOANS, LLC FORMERLY KNOWN AS (FKA) QUICKEN, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Selene Finance LP as servicer for Wilmington Savin, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 518793455 | + | American Medical Collection Company, 4 Westchester Plaza, Elmsford, NY 10523-1615 |
| 518793461 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725-5710 |
| 518793462 | #+ | Garbus Garbus & Forster, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518793470 | + | Township of Westampton, Attn: Tax Office, 710 Rancocas Rd., Westampton, NJ 08060-5642 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2023 02:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2023 02:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 13 2023 02:15:00 | Wilmington Savings Fund Society,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth,, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 13 2023 02:15:00 | Wilmington Savings Fund Society, FSB, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518793454 | | EDI: AIS.COM | Oct 13 2023 01:35:00 | American InfoSource as agent for, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 518801444 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 23:02:16 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518793456 | | EDI: CAPONEAUTO.COM | Oct 13 2023 01:35:00 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 518799917 | + | EDI: AISACG.COM | Oct 13 2023 01:35:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518828590 | + | EDI: AISACG.COM | Oct 13 2023 01:35:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |

Case 20-15287-MBK    Doc 70    Filed 10/14/23    Entered 10/15/23 00:14:43    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: 148 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518793457 | | EDI: CAPITALONE.COM | Oct 13 2023 01:35:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518801804 | + | EDI: AIS.COM | Oct 13 2023 01:35:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518810393 | | Email/PDF: bncnotices@becket-lee.com | Oct 12 2023 23:02:55 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518793458 | | Email/PDF: bncnotices@becket-lee.com | Oct 12 2023 23:27:51 | Capital One, NA, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 518793459 | + | EDI: WFNNB.COM | Oct 13 2023 01:35:00 | Comenity Bank/Vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 518793460 | + | EDI: CCS.COM | Oct 13 2023 01:35:00 | Credit Collection, Po Box 9136, Needham, MA 02494-9136 |
| 518793463 | + | EDI: IRS.COM | Oct 13 2023 01:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518793464 | + | Email/Text: BKNotice@ldvlaw.com | Oct 13 2023 02:15:00 | Lyons, Doughty & Veldhuis, PC, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 518793465 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 13 2023 02:15:00 | Nationstar Mortgage LLC d/b/a, Mr. Cooper, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 518793466 | | EDI: PRA.COM | Oct 13 2023 01:35:00 | Portfolio Recovery Associates, LLC, c/o PC Richard, PO Box 41067, Norfolk, VA 23541 |
| 518862878 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 13 2023 02:16:00 | QUICKEN LOANS, LLC ET.AL., QUICKEN LOANS, LLC ET.AL., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518793467 | + | Email/Text: RASEBN@raslg.com | Oct 13 2023 02:15:00 | RAS Crane, LLC, Attn: Sindi Mncina, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518807556 | + | Email/Text: RASEBN@raslg.com | Oct 13 2023 02:15:00 | Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518793468 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 13 2023 02:15:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 518793995 | + | EDI: RMSC.COM | Oct 13 2023 01:35:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518793469 | + | Email/Text: bncmail@w-legal.com | Oct 13 2023 02:16:00 | TD Bank USA, NA, c/o Weinstein & Riley PS, 2001 Westen Ave, Suite 400, Seattle, WA 98121-3132 |
| 518860670 | + | Email/Text: bkteam@selenefinance.com | Oct 13 2023 02:15:00 | WILMINGTON SAVINGS FUND SOCIETY, Selene Finance, LP, Attn: BK Dept., 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518807555 | | Wilmington Savings Fund Society |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

Case 20-15287-MBK    Doc 70    Filed 10/14/23    Entered 10/15/23 00:14:43    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: 148 | Total Noticed: 34 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023                              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society FSB ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com, kimwilson@raslg.com |
| Jonathan C. Schwalb | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Kimberly A. Wilson | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust kimwilson@raslg.com |
| Shauna M Deluca | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust smncina@raslg.com |
| Thomas G. Egner | on behalf of Debtor Kerry A Meekins tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14